IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Patricia D. Sample<br>　　　　　　　　Debtor(s)<br>―――――――――――――――――――<br>MIDFIRST BANK<br>　　　　v.<br>Patricia D. Sample<br>　　　　and<br>William C. Miller Esq.<br>　　　　Trustee | Chapter 13<br><br>NO. 18-10435 AMC |

## ORDER

AND NOW, this 30th day of September, 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1215 North 56th Street Philadelphia, PA 19131.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Patricia D. Sample
1215 North 56th Street
Philadelphia, PA 19131

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532