United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-10435-amc
Patricia D Sample                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1          Date Rcvd: Sep 30, 2019
                        Form ID: pdf900  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2019.
db              +Patricia D Sample,    1215 N. 56th Street,    Philadelphia, PA 19131-4224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2019 at the address(es) listed below:
      DAVID M. OFFEN    on behalf of Debtor Patricia D Sample dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      KEVIN G. MCDONALD    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
      KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pa-bk@logs.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                             TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Patricia D. Sample<br>     Debtor(s)<br><br>MIDFIRST BANK<br>   v.<br>Patricia D. Sample<br>   and<br>William C. Miller Esq.<br>   Trustee | Chapter 13<br><br>NO. 18-10435 AMC |

**ORDER**

AND NOW, this 30th day of September, 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1215 North 56th Street Philadelphia, PA 19131.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

                                  United States Bankruptcy Judge.

cc: See attached service list