United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-10435-amc
Patricia D Sample                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2             Date Rcvd: Oct 15, 2019
                              Form ID: pdf900          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2019.
```
db             +Patricia D Sample,    1215 N. 56th Street,    Philadelphia, PA 19131-4224
cr              ECMC,    ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
cr             +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14044389       +Aes/suntrust,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
14230014        ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
14374223       +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
14376595       +MidFirst Bank,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14044399       +Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14047001       +Nationstar Mortgage LLC,    c/o Kevin S. Frankel, Esq.,    Shapiro & DeNardo LLC,
                 3600 Horizon Dr., Ste. 150,    King of Prussia, PA 19406-4702
14053107       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
14044401       +PGW,    Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
14073521       +SUNTRUST,    PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14044402       +Shapiro & DeNardo, LLC,    3600 Horizon Drive,    Suite 150,    King Of Prussia, PA 19406-4702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Oct 16 2019 04:13:12     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 16 2019 04:12:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 16 2019 04:13:08     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14044394        E-mail/Text: ebn@americollect.com Oct 16 2019 04:13:05     Americollect Inc,    Po Box 1566,
                 1851 S Alverno Rd,    Manitowoc, WI 54221
14044395        E-mail/Text: megan.harper@phila.gov Oct 16 2019 04:13:12     City of Philadelphia,
                 Dept. of Revenue - Water Revenue Bureau,    1401 John F. Kennedy Blvd.,
                 Philadelphia, PA 19102
14163210        E-mail/Text: megan.harper@phila.gov Oct 16 2019 04:13:12     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14044396       +E-mail/Text: csd1clientservices@cboflanc.com Oct 16 2019 04:13:19
                 Credit Bureau of Lancaster County, Inc,    Po Box 1271,    Lancaster, PA 17608-1271
14044397       +E-mail/Text: bknotice@ercbpo.com Oct 16 2019 04:13:04     ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14081997        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 16 2019 04:06:22
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14044398       +E-mail/Text: bankruptcy@sccompanies.com Oct 16 2019 04:13:28     Midnight Velvet,
                 Swiss Colony/Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
14078600       +E-mail/Text: bankruptcygroup@peco-energy.com Oct 16 2019 04:12:47     PECO Energy Company,
                 2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
14044400       +E-mail/Text: bankruptcygroup@peco-energy.com Oct 16 2019 04:12:47     Peco Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
14044403        E-mail/Text: megan.harper@phila.gov Oct 16 2019 04:13:12     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                                TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14044392*      +Aes/suntrust,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
14044393*      +Aes/suntrust,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
14044390*      +Aes/suntrust,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
14044391*      +Aes/suntrust,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Randi                 Page 2 of 2                   Date Rcvd: Oct 15, 2019
                              Form ID: pdf900             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2019 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Patricia D Sample dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pa-bk@logs.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 5
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              Chapter 13
PATRICIA D SAMPLE

                    Debtor          Bankruptcy No. 18-10435-AMC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: October 15, 2019**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
PATRICIA D SAMPLE

1215 N. 56TH STREET

PHILADELPHIA, PA 19131